**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
**CIVIL ACTION NO. 4:15CV-P53-JHM**

**HAMILTON R. HODGES, JR.**                                              **PLAINTIFF**

**v.**

**RON HERRINGTON** *et al.*                                              **DEFENDANTS**

**MEMORANDUM OPINION**

Plaintiff Hamilton R. Hodges, Jr., a *pro se* prisoner, initiated this civil action under 42

U.S.C. § 1983.  Upon filing the instant action, he assumed the responsibility of keeping this

Court advised of his current address and to actively litigate his claims.  *See* LR 5.2(d) ("All pro

se litigants must provide written notice of a change of address to the Clerk and to the opposing

party or the opposing party's counsel.  Failure to notify the Clerk of an address change may

result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a mailing to Plaintiff on April 14, 2015.  That mailing was

returned by the United States Postal Service marked "Return to Sender, Attempted – Not Known,

Unable to Forward."  Plaintiff apparently is no longer housed at his address of record, and he has

not advised the Court of a change of address.  Therefore, neither notices from this Court nor

filings by Defendants in this action can be served on Plaintiff.  In such situations, courts have an

inherent power "acting on their own initiative, to clear their calendars of cases that have

remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v.*

*Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Because it appears to this Court that Plaintiff has

abandoned any interest in prosecution of this case, the Court will dismiss the case by separate

Order.

Date:    June 25, 2015

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc:      Plaintiff, *pro se*
         Defendants
4414.010